# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELLY YOUNG,** | : | **CIVIL ACTION** |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 11-5518 |
| | : | |
| **J.B. HUNT TRANSPORT, INC.,** | : | |
|     Defendant. | : | |

## O R D E R

**AND NOW**, this 13th day of February 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 21), Plaintiff's Response (Doc. No. 23), and Defendant's Reply (Doc. No. 29), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk is directed to mark this case **CLOSED**.

                                                      BY THE COURT:

                                                      */s/ Lawrence F. Stengel*
                                                      LAWRENCE F. STENGEL, J.